**DENY and Opinion Filed August 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00795-CV**
_____

**IN RE TRACY NIXON, Relator**

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**

**MEMORANDUM OPINION**
Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Relator's August 11, 2022 petition for writ of mandamus challenges the administrative law judge's denial of permission for relator, having previously been identified as a vexatious litigant, to file a petition in the trial court. Relator also filed a motion asking this Court to obtain records from the clerk's office pertaining to her claim.

Based on our review of the petition, attached document, and motion, we conclude that relator has failed to comply with Texas Rule of Appellate Procedure 52 in numerous ways. *See* TEX. R. APP. P. 52. For example, relator failed to provide a certified or sworn copy of every document that is material to the relator's claim for

relief.  *See* TEX. R. APP. P. 52.7(a).   Relator's motion acknowledges that she is able to obtain copies of the relevant documents herself.

Because relator has failed to comply with Texas Rule of Appellate Procedure 52 and has failed to provide an adequate record for our review, we deny the petition. *See In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding). We likewise deny relator's motion.


220795f.p05

/s/ Erin A. Nowell
ERIN A. NOWELL
JUSTICE